THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HELIO J. LEAL DE LA HOZ, | CASE NO. C17-1362-JCC |
| Plaintiff, | ORDER |
| v. | |
| SPRINT CORPORATION, | |
| Defendant. | |

This matter comes before the Court *sua sponte*. Plaintiff is proceeding *pro* se and *in forma pauperis* ("IFP"). (Dkt. No. 1.) On September 12, 2017 this Court issued an order to show cause why the Court may exercise jurisdiction in this case (Dkt. No. 5). Plaintiff failed to respond during the allotted time. Finding no basis for subject matter jurisdiction clear from the complaint, the Court DIMISSES Plaintiff's complaint (Dkt. No. 1-1) without prejudice.

DATED this 16th day of November 2017.

*[signature: John C. Coughenour]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER C17-1362-JCC
PAGE - 1