THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HELIO J. LEAL DE LA HOZ, | CASE NO. C17-1362-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| SPRINT CORPORATION, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on correspondence from Plaintiff Helio J. Leal de la Hoz (Dkt. No. 7). The Court responds as a courtesy to the *pro se* Plaintiff. The Court dismissed Plaintiff's complaint for failure to plead an amount in controversy sufficient to support diversity jurisdiction. (Dkt. Nos. 5, 6.) Because his claims were dismissed *without prejudice*, Plaintiff may re-file his complaint if he is able to allege sufficient facts to support jurisdiction. The Court's dismissal does not preclude Plaintiff from bringing his action in the appropriate state court.

DATED this 29th day of November 2017.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk